**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-1060**

---

BLAKE G. BUSSELL,

                 Plaintiff - Appellant,

         v.

PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS,

                 Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Theodore D. Chuang, District Judge.
(8:14-cv-02308-TDC)

---

Submitted:  March 17, 2016          Decided:  March 22, 2016

---

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Blake G. Bussell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Blake G. Bussell appeals the district court's order dismissing his complaint pursuant to 28 U.S.C. § 1915 (2012), as barred by res judicata. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Bussell's informal brief does not challenge the basis for the district court's disposition, Bussell has forfeited appellate review of the court's order. Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED